IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA VUE, | 1:07-cv-00861 AWI GSA |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner, | |
| Defendant. | |

On June 12, 2007, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of Plaintiff's application for benefits. On June 19, 2007, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On November 21, 2007, Defendant lodged the administrative record. Pursuant to the Scheduling Order, Plaintiff was required to file the opening brief in this Court on or before February 25, 2008. Plaintiff has failed to file the opening brief and the parties have not stipulated to an

1

extension of time for such filing.

Therefore, Plaintiff is ordered to show cause, if any Plaintiff has, why the action should not be dismissed for failure to comply with the June 19, 2007, Scheduling Order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order. If Plaintiff desires more time to file the opening brief, then Plaintiff should so state in the response.[1]

Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:   March 20, 2008**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] On December 11, 2007, a document entitled "Notice and Order of Substitution of Counsel for Plaintiff" was filed in this matter. (Doc. 19). However, the plaintiff named in the document filed with the court is not the plaintiff named in this action. In addition, the document does not include the correct case number for this action. Accordingly, if Plaintiff wishes to substitute counsel in this matter, then a corrected notice and proposed order of substitution of counsel for Plaintiff should be filed concurrently with the response to the Order to Show Cause.