1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR

8                         THE EASTERN DISTRICT OF CALIFORNIA

9

10 SIA VUE                        )
                                  )   1:07-CV-861 AWI GSA
11                                )
         Plaintiff,               )   STIPULATION AND ORDER TO DISMISS
12                                )
   vs.                            )
13                                )
   Commissioner of Social         )
14 Security,                      )
                                  )
15       Defendant.                )
   _____)
16

17
        IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil
18
   Action filed on June 19, 2007, on behalf of Plaintiff be dismissed.  After thorough review of
19
   the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.
20
   Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each
21
   party to bear its own costs.
22
        Dated: March 20, 2008              /s/ Sengthiene Bosavanh
23
                                           SENGTHIENE BOSAVANH, ESQ.
24                                         Attorney for Plaintiff

25      Dated: March 20, 2008
                                           MCGREGOR SCOTT
26                                         United States Attorney

27                                         By: /s/ Theophous Reagans
                                           (as authorized via facsimile)
28                                         THEOPHOUS REGANS
                                           Assistant Regional Counsel

| | |
|---|---|
| 1 | ORDER |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is DISMISSED. The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   April 1, 2008**                         /s/ Anthony W. Ishii
                                                   UNITED STATES DISTRICT JUDGE